IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROSE PETRO, et al.,**

    **Plaintiffs,**

    **vs.**                                        Cause No.  05-CV-338 DRH

**FORD MOTOR COMPANY, et al.,**
    **Defendant**.

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs and attorney fees.-------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

July 27, 2006                                              By:   s/Patricia Brown
                                                                         Deputy Clerk

APPROVED:/s/       David   RHerndon
              **U.S. DISTRICT JUDGE**